THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* GEORGE SVOBODA, Defendant-Appellant.

(No. 70-159; )

Second District—March 29, 1971.

Opinion by Mr. PRESIDING JUSTICE THOMAS J. MORAN.

Morton Zwick, of Defender Project, of Chicago, (E. Roger Horsky, of counsel,) for appellant.

William Ketcham, State's Attorney, of Geneva, (W. Ben Morgan, Assistant State's Attorney, of counsel,) for the People.